

ZACHARY W. CARTER
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DEBORAH L. MBABAZI**
*Assistant Corporation Counsel*
E-mail: dmbabazi@law.nyc.gov
Phone: (212) 356-2404
Fax: (212) 356-3509

November 6, 2015

**VIA ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Roberto Arroyo v. City of New York, et al.</u>, 15-CV-917 (FB)(VMS)

Your Honor:

  I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Bercides Medina and Brett Ostrander in the above-referenced matter. I am writing to respectfully request that Your Honor cancel the Settlement Conference which is currently scheduled for November 12, 2015 at 2:30 pm. I have advised Plaintiff's Counsels Amy Rameau, Esq. and Robert Marinelli, Esq. of same by e-mail today.

  At this time, the City of New York has decided not to make an offer on this matter. Consequently, we do not want to waste the Court's time as a settlement conference would not be productive. The City defendants respectfully propose that the parties continue to pursue conducting discovery in this matter. Should the City's position change, I will immediately advise the Court and counsel for plaintiff.

  Thank you for your consideration of this request.

                Respectfully Submitted,

                /s/

                                                Deborah L. Mbabazi
                                              Assistant Corporation Counsel
                                              Special Federal Litigation Division

cc:      Amy Rameau, Esq.(Via ECF)
           The Rameau Law Firm
           16 Court Street, Suite 2504
           Brooklyn, NY 11241

           Robert Marinelli, Esq.  (Via ECF)
           *Attorney for Plaintiff*
           305 Broadway, 9th floor,
           New York, NY 10007