**Record of Conference and Orders: Vera M. Scanlon, USMJ**          Date: 2/18/2016

**Case: Arroyo v. City of New York et al**
**Civ. A. 15-917 (FB)(VMS)**
**ECF Recording in 504N:**          ☑ Telephone Conference          ☐ In-person Conference

4:29 - 4:44

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)
**Conference Type:**

☐ Initial Conference ☑ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference    ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*
☐ Motions decided on the record                    _____

☐ Rule 26(a) disclosures, incl. supplements        _____
☐ Document requests to be served                   _____
☐ Interrogatories to be served                     _____
☐ Amended pleadings, incl. joinder          | ☐ To be served    | ☐ To be filed
   ☐ Complaint ☐ Answer                      | ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed
☐ Status conference                          Date:             Time:
   ☐ In person ☐ Telephone (718) 613-2300    To be organized by:
☑ Specific depositions to be held            π depositions on 3/7
☑ Fact discovery closes                      3/25/16
☐ Expert disclosures to be served            _____
☐ Initial expert report(s) to be served      _____
☐ Rebuttal expert report(s) to be served     _____
☐ Expert discovery closes                    _____
☑ All discovery closes                       3/25/16
☐ Joint letter confirming discovery is concluded   3/25/16
☑ Summary judgment to be initiated           ☐ PMC letter ☐ Briefing   4/25/16
☑ Joint pre-trial order to be filed          ☐ Letter for conference ☐ Proposed JPTO  5/26/16
☑ Proposed confidentiality order to be filed _____
☐ Consent to Magistrate Judge to be filed    _____
☐ Settlement Conference                      Date:             Time:

                                                             Page 1 of 2
**Vera M. Scanlon, USMJ**

**Conference Orders, Continued**

Case: _Arroyo_     Civ. A. _15. 917_

Date: _2/18/2016_

**Additional Orders:**

Counsel are reminded that the failure to adhere to the Court's schedule may result in an award of sanction.

Counsel will submit a letter confirming the Δs deposition schedule for the following dates: 3/8, 3/17, 3/21, 3/22. By 2/24/16, counsel will file a joint letter confirming the deposition dates.

By 2/24/16, D counsel to supplement the R 26 disclosures w/ the names of any witnesses who were not raised previously.

By 2/24/16, counsel will raise any issues as to over-redaction from disciplinary, IAB, CCRB or other records.

Page ___ of ___

At this time there are no active settlement discussions