

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

DEBORAH L. MBABAZI
*Assistant Corporation Counsel*
E-mail: dmbabazi@law.nyc.gov
Phone: (212) 356-2404
Fax: (212) 356-3509

February 24, 2016

**VIA ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Roberto Arroyo v. City of New York, et al.</u>, 15-CV-917 (FB)(VMS)

Your Honor:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Bercides Medina and Brett Ostrander in the above-referenced matter. I am writing in response to Your Honor's Order dated February 18, 2016, which directed the parties to file a joint status report regarding confirmation of the dates of plaintiff and defendant depositions. The parties confirm that plaintiff's deposition will be conducted on March 7, 2016 and the defendant officer depositions will be conducted on March 17, March 21 and March 22.

The City of New York produced the names, tax numbers and service addresses of all individual officers involved in the arrests at issue on July 15, 2015.

Plaintiff does not challenge any of the redactions of the disciplinary records produced. No performance evaluations have been produced to date.

Respectfully submitted,

/s/

                                                   Deborah L. Mbabazi  
                                                   Assistant Corporation Counsel  
                                                   Special Federal Litigation Division

cc:     Amy Rameau, Esq. (Via ECF)  
         Afsaan Saleem, Esq.  
         *Attorneys for Plaintiff*  
        The Rameau Law Firm  
         16 Court Street, Suite 2504  
         Brooklyn, NY 11241