**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 6/29/2016

Case: Arroyo

Civ. A. 15 - 917  (    )(VMS)

**ECF Recording in 504N:**   ☐ Telephone Conference   ☐ In-person Conference

11:09 – 11:20

**Counsel:** *(See separately docket entry or document for specific appearances)*

Saleen          Mbabazi

☑ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☑ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference  ☐ Status Conference  ☐ Settlement Conference  ☑ Motion Hearing  ☐ Discovery Conference  ☐
☐ JPTO Conference  ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☑ Motions decided on the record       Π motion to compel granted

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder       ☐ To be served    ☐ To be filed
    ☐ Complaint ☐ Answer                 ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference       Date:       Time:
    ☐ In person ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated       ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed       ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference       Date:       Time:

Page 1 of __

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: __Arroyo__                    Civ. A. __15-917__

Date: __6/29/2016__

**Additional Orders:**

π seeks information about the lawsuit in which the witness was involved separate & apart from the present case. π may inquire, as discussed on the record.

Page __2__ of __