# THE RAMEAU LAW FIRM

16 Court Street, Suite 2504
Brooklyn, NY 11241

AMY RAMEAU, ESQ.*                                               *Admitted in New York, New Jersey,
                                                          Eastern and Southern Districts of New York

AFSAAN SALEEM, ESQ.+                                                    +Admitted in New York,
                                                          Eastern and Southern Districts of New York

                                                                       +Admitted in New York
JOSEPH RUSSO, ESQ.+                                              Eastern District of New York

November 14, 2016

**BY ECF**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re:  ***Arroyo v. City, et. al.*, 15 CV 917 (FB)(VMS)**

Your Honor:

  I represent the plaintiff in the above-referenced matter.  I write jointly with defense counsel to make several requests.
  First, because in plaintiff's Response in Opposition to defendants' motion for a pre-motion conference (Docket Entry 47), plaintiff advised the Court and defendants' that it would be withdrawing the claims that were the subject of the motion, that the pre-motion conference (currently scheduled for December 20th) is no longer necessary.  Defendants agree.
  Second, pursuant to Judge Scanlon's July 12, 2016 Order (Docket Entry 41) the parties were to have filed their Joint Pre-Trial Order by November 15, 2016.  The parties are requesting that that date be adjourned to December 16, 2016.
  Thirdly, the parties request that the Court schedule a final pre-trial conference in the New Year.  We thank the Court for its consideration.

             Sincerely,

             Afsaan Saleem, Esq.

cc: Deborah L. Mbabazi, Esq.


Tel: (718) 852-4759
    (718) 875-1173
Fax: (718) 875-5440

therameaulawfirm.com